UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| GEORGE SABIN, | ) | Case No. CV08-1852-PHX-SRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CURT MANUFACTURING, INC., a | ) | ORDER |
| Wisconsin corporation, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| _____ | ) | |

Having been duly advised and having examined the pleadings in this matter, and having Ordered Plaintiff George Sabin to appear in person before the Court on both August 17, 2009 (Docket # 39) and August 31, 2009 (Docket # 45), both dates of which the Plaintiff George Sabin failed to appear in person before the Court,

IT IS ORDERED:

1. Curt Mfg's Motion for Reconsideration (Docket # 37) is GRANTED;

2. The Court's Order dated May 1, 2009 (Docket # 35) is VACATED;

3. Curt Mfg's Motion To Dismiss Under Fed. R. Civ. Pro. 17(a) And 10(a)(Docket # 32) is GRANTED;

4. It is Ordered that the <curt-mfg.com> domain name be

TRANSFERRED to Curt Manufacturing, Inc.

5.  All of Plaintiff's claims are hereby dismissed in their entirety, with prejudice.

Dated this 2nd day of September, 2009.

_____
Susan R. Bolton
United States District Judge